IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| CHARLENE CHELI, | : |
| Plaintiff, | : |
| v. | : Case No. 1:22-cv-04771-KMW-EAP |
| ARDAHAN PROPERTIES LLC, | : |
| Defendant. | : |

**NOTICE OF SETTLEMENT**

The Plaintiff, with consent of the Defendant, hereby informs this Court that the parties have agreed in principle to settle the above-captioned matter.

Respectfully submitted this 2nd day of August 2023,

*/s/ Jon G. Shadinger Jr.*
Jon G. Shadinger Jr., Esq.
Shadinger Law, LLC
717 E. Elmer Street, Suite 7
Vineland, NJ 08360
Direct (609) 319-5399
Office (609) 691-8565
Fax (609) 262-4651
js@shadingerlaw.com
*Attorney for Plaintiff,*
*Charlene Cheli*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of August, I electronically filed a true and correct copy of the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

<em>/s/ Jon G. Shadinger Jr.</em><br>
Jon G. Shadinger Jr., Esq.