IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| CHARLENE CHELI, | : |
| Plaintiff, | : |
| v. | : Case No. 1:22-cv-04771-KMW-EAP |
| ARDAHAN PROPERTIES LLC | : |
| Defendant. | : |

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed, by and between the Plaintiff and the Defendant, pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-captioned action be dismissed with prejudice, a resolution of all matters in dispute having been made pursuant to a settlement agreement executed between the parties.

Respectfully submitted this __1st__ day of __November__ 2023,

/s/ Jon G. Shadinger Jr.
Jon G. Shadinger Jr., Esq.
Shadinger Law, LLC
717 E. Elmer Street, Suite 7
Vineland, NJ 08360
Direct (609) 319-5399
Office (609) 691-8565
Fax (609) 262-4651
js@shadingerlaw.com
*Attorney for Plaintiff*

/s/ Lee H. Eckell
Lee H. Eckell, Esq.
Fowler Hirtzel McNulty & Spaulding LLP
10000 Midlantic Drive, Suite 402W
Mount Laurel, NJ 08054
Office (856) 242-2131
Fax (856) 861-6226
leckell@fhmslaw.com

/s/Colin G. Bell
Colin G. Bell, Esq.
Hankin Sandman Palladino Weintrob & Bell
30 S. New York Avenue, Suite 3
Atlantic City, NJ 08401
Phone (609) 344-5161
Fax (609) 344-7913
*Attorneys for Defendant*

So Ordered this 2nd day of November, 2023

*Karen M. Williams*

_____
KAREN M. WILLIAMS
United States District Judge